NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEAN JOSEPH,**
*Plaintiff-Appellant,*

v.

**GMAC MORTGAGE, LLC,**
*Defendant-Appellee.*

---

2011-1071

---

Appeal from the United States District Court for the Northern District of Georgia in case no. 10-CV-0155, Judge William C. O'Kelley.

---

**ON MOTION**

---

Before LOURIE, GAJARSA, and LINN, *Circuit Judges.*

PER CURIAM.

## ORDER

GMAC Mortgage, LLC moves without opposition to transfer this case, involving alleged violations of the Truth in Lending Act, Fair Debt Collection Practices Act,

and the Real Estate Settlement Procedures Act, to the United States Court of Appeals for the Eleventh Circuit.

We agree that this case does not fall within this court's jurisdiction. 28 U.S.C. § 1295. Thus, we transfer the appeal pursuant to 28 U.S.C. § 1631.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. This case is transferred to the United States Court of Appeals for the Eleventh Circuit.

(2) Each side shall bear its own costs for this appeal.

FOR THE COURT

FEB 0 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Sean Joseph
Kelly L. Atkinson, Esq.

s20

Issued As A Mandate: FEB 0 9 2011



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 9 2011

JAN HORBALY
CLERK